IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY L. EDDINGS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) **CIVIL ACTION NO. 2:07-CV-649-TFM** ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
|     Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed *Second Motion for Extension of Time to File Brief* (Doc. #16, filed January 24, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief on or before February 25, 2008.

Done this 25th day of January, 2008.

                                          /s/Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE